UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COALITION TO DEFEND AFFIRMATIVE ACTION,
INTEGRATION AND IMMIGRATION RIGHTS AND
FIGHT FOR EQUALITY BY ANY MEANS NECESSARY          Case No. 06-15024
(BAMN), UNITED FOR EQUALITY AND AFFIRMATIVE        Hon. David M. Lawson
ACTION LEGAL DEFENSE FUND, RAINBOW PUSH
COALITION, CALVIN JEVON COCHRAN, LASHELLE
BENJAMIN, BEAUTIE MITCHELL, DENESHA RICHEY,
STASIA BROWN, MICHAEL GIBSON, CHRISTOPHER
SUTTON, LAQUAY JOHNSON, TURQOISE WISE-             **JUDGMENT**
KING, BRANDON FLANNIGAN, JOSIE HUMAN,
ISSAMAR CAMACHO, KAHLEIF HENRY,
SHANAE TATUM, MARICRUZ LOPEZ,
ALEJANDRA CRUZ, ADARENE HOAG, CANDICE
YOUNG, TRISTAN TAYLOR, WILLIAMS FRAZIER,
JERELL ERVES, MATTHEW GRIFFITH,
LACRISSA BEVERLY, D'SHAWNM
FEATHERSTONE, DANIELLE NELSON,
JULIUS CARTER, KEVIN SMITH, KYLE
SMITH, PARIS BUTLER, TOUISSANT KING,
AIANA SCOTT, ALLEN VONOU, RANDIAH
GREEN, BRITTANY JONES, COURTNEY DRAKE,
DANTE DIXON, JOSEPH HENRY REED,
AFSCME LOCAL 207, AFSCME LOCAL 214,
AFSCME LOCAL 312, AFSCME LOCAL 836,
AFSCME LOCAL 1642, AFSCME LOCAL 2920,
and the DEFEND AFFIRMATIVE ACTION PARTY,

                Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF MICHIGAN,
the BOARD OF TRUSTEES OF MICHIGAN STATE
UNIVERSITY, the BOARD OF GOVERNORS OF WAYNE
STATE UNIVERSITY, the TRUSTEES of any other public
college or university, community college, or school district,
ATTORNEY GENERAL MICHAEL COX, and ERIC
RUSSELL,

                Defendants,

-and-

CHASE CANTRELL, M.N., a minor child, by Karen Nestor,
Mother and Next Friend, KAREN NESTOR, Mother and
Next Friend of M.N., a minor child, C.U., a minor child, by
Paula Uche, Mother and Next Friend, PAULA UCHE,
Mother and Next Friend to C.U., a minor child, JOSHUA
KAY, SHELDON JOHNSON, MATTHEW COUNTRYMAN,
M.R., a minor child, by Brenda Foster, Mother and Next Friend,
BRENDA FOSTER, Mother and Next Friend of M.R., a minor
child, BRYON MAXEY, RACHEL QUINN, KEVIN GAINES,
DANA CHRISTENSEN, T.J., a minor child, by Cathy Alfaro,
Guardian and Next Friend, CATHY ALFARO, Guardian and
Next Friend of T. J., a minor child, S. W., a minor child, by
Michael Weisberg, Father and Next Friend, MICHAEL
WEISBERG, Father and Next Friend of S. W., a minor child,
CASEY KASPER, SERGIO EDUARDO MUNOZ, ROSARIO
CEBALLO, KATHLEEN CANNING, EDWARD KIM, M.C.C. II,
a minor child, by Carolyn Carter, Mother and Next Friend,
CAROLYN CARTER, Mother and Next Friend of M.C.C., II,
a minor child, J.R., a minor child, by Matthew Robinson,
Father and Next Friend, MATTHEW ROBINSON,
Father and Next Friend of J.R., a minor child,

CONSOLIDATED CASES

Case No. 06-15637
Hon. David M. Lawson

              Plaintiffs,

v.

ATTORNEY GENERAL MICHAEL COX and ERIC
RUSSELL,

              Defendants,

_____/

## JUDGMENT

In accordance with the Opinions and Orders entered on this date,

It is **ORDERED AND ADJUDGED** that judgment is entered for defendant Attorney General Michael Cox and against the plaintiffs. The complaints and amended complaints in these

consolidated actions are **DISMISSED WITH PREJUDICE**.

                                                 s/David M. Lawson
                                                 DAVID M. LAWSON
                                                 United States District Judge

Dated: March 18, 2008

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 18, 2008.

                                s/Felicia M. Moses
                                FELICIA M. MOSES